**Opinion issued October 8, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00793-CR

———————————

## IN RE JOHN CHERRY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On September 16, 2013, the relator, John Cherry, filed a petition for writ of mandamus, seeking to compel the trial court to forward designated trial court records to this Court for consideration and to compel the trial court to dismiss relator's illegal sentence and punishment.[1]

We **deny** the petition for writ of mandamus.

---

[1] The underlying case is *State v. John D. Cherry*, No. 1259848, in the 351st District Court of Harris County Texas, the Honorable Mark Kent Ellis presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

Do not publish.   TEX. R. APP. P. 47.2(b).